**SO ORDERED.**

**SIGNED this 22 day of September, 2010.**



*Dale L. Somers*
**Dale L. Somers**
**UNITED STATES BANKRUPTCY JUDGE**

_____

### United States Bankruptcy Court
#### District of Kansas

In re **Marc Edwin Bouton / Donita Sue Bouton**, Debtor(s)  Case No. **09-24289**  Chapter **13**

### ORDER CONFIRMING AMENDED CHAPTER 13 PLAN

**THIS MATTER** comes on for consideration of Debtor's Amended Chapter 13 Plan. Notice with Opportunity for Hearing on the Amended Plan was properly given, no timely objections filed and no hearing was held on the matter.

**IT IS THEREFORE BY THE COURT ORDERED** that the Plan as amended is approved and confirmed by the court pursuant to 11 USC §1329.

###

**United States Bankruptcy Court
District of Kansas
In re: Marc and Donita Bouton
Case No. 09-24289-13
Order denying Motion to Borrow
September 21, 2010, Page 2**

**APPROVED AS SUBMITTED:**

**JONATHAN C. BECKER
ATTORNEY AT LAW, P.A.**

/s/ Jonathan C. Becker_____
Jonathan C. Becker, #13983
3220 Mesa Way, Suite B
Lawrence, KS 66049-2344
785/842-0900
785/842-0916 (Fax)
Attorney for Debtor

and

/s/ William H. Griffin_____
William H. Griffin, #08060
Chapter 13 Trustee
6330 Lamar, Suit 110
Overland Park, KS 66204
913/677-1311